```
                    UNITED STATES BANKRUPTCY COURT
                                for the
                      United States Bankruptcy Court
```

In Re: DAVID ALVIN & REBECCA LYNN MILFORD                     Case Number: 603-00690-WA1-13

Certificate of Mailing

    The undersigned certifies, under the penalties of perjury, that a copy of the attached Final report in case number 603-00690-WA1-13 was mailed, in sealed envelopes, bearing first class postal indicia, or was delivered personally, to the following:

```
            Debtor:  DAVID ALVIN & REBECCA LYNN MILFORD
                     2319 OLD FOREST RD #A
                     LYNCHBURG, VA  24501


            Attorney for debtor:
                     H. DAVID COX, ESQ.
                     DUNN & COX, PLLC
                     3506 FORT AVENUE
                     LYNCHBURG           , VA  24501
```

                                    Dated: _____.

                                           /s/ Herbert L. Beskin
                                           _____

Copy for:

```
            Bankruptcy Clerk
            P. O. Box 6400
            Lynchburg, VA  24505
```

# United States Bankruptcy Court
for the
United States Bankruptcy Court

Trustee's Final Report

In Re: DAVID ALVIN & REBECCA LYNN MILFORD  
2319 OLD FOREST RD #A  
LYNCHBURG, VA  24501  

SSN-XXX-XX-5952  & XXX-XX-1458

Case Number: 603-00690-WA1-13

Case Filed on: February 19, 2003  
Plan Confirmed on: June 13, 2003  
Case dismissed after confirmation.

Total funds received and disbursed pursuant to the plan: $1,099.16          Detail of Disbursements below:

| Claim SeqNo | Name of the Claimant | | Claimed by the Creditor | Allowed by the Court | To be paid under the plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|---|
| 0 | H. DAVID COX, ESQ. | | 1,600.00 | 1,600.00 | 1,600.00 | 997.95 | 0.00 |
| | | Total Admin. | 1,600.00 | 1,600.00 | 1,600.00 | 997.95 | 0.00 |
| 1 | DIVISION OF CHILD SUPPORT ENFORC | | None | None | 0.00 | 0.00 | 0.00 |
| 2 | DIVISON OF CHILD SUPPORT ENFORCE | | None | None | 0.00 | 0.00 | 0.00 |
| | | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -1 | DAVID ALVIN & REBECCA LYNN MILFO | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Total Refund | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 | LYNCHBURG REDEVELOPMENT & HOUSIN | | None | None | 0.00 | 0.00 | 0.00 |
| | | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | ADELPHIA CABLE | | None | None | 0.00 | 0.00 | 0.00 |
| 4 | AMERICAN ELECTRIC POWER | | 1,313.50 | 1,313.50 | 1,313.50 | 0.00 | 0.00 |
| 5 | BANK OF THE JAMES | | None | None | 0.00 | 0.00 | 0.00 |
| 6 | CENTRA HEALTH | | 3,797.40 | 3,797.40 | 3,797.40 | 0.00 | 0.00 |
| 7 | COLUMBIA GAS OF VIRGINIA | | 783.34 | 783.34 | 783.34 | 0.00 | 0.00 |
| 8 | COLUMBIA HOUSE | | None | None | 0.00 | 0.00 | 0.00 |
| 9 | CREDITORS SERVICE AGENCY | | None | None | 0.00 | 0.00 | 0.00 |
| 10 | FIREHAND INC. | | None | None | 0.00 | 0.00 | 0.00 |
| 11 | GLEN TRUST | | None | None | 0.00 | 0.00 | 0.00 |
| 12 | HECHTS | | None | None | 0.00 | 0.00 | 0.00 |
| 13 | LYNCHBURG EMERGENCY PHYSICIANS, | | None | None | 0.00 | 0.00 | 0.00 |
| 14 | LYNCHBURG FIRE DEPT/AMBULANCE | | None | None | 0.00 | 0.00 | 0.00 |
| 16 | RADIOLOGY CONSULTANTS OF LYNCHBU | | None | None | 0.00 | 0.00 | 0.00 |
| 17 | RADIOLOGY CONSULTANTS | | None | None | 0.00 | 0.00 | 0.00 |
| 18 | RADIOLOGY CONSULTANTS | | 784.00 | 784.00 | 784.00 | 0.00 | 0.00 |
| 19 | VERIZON-VA | | 738.47 | 738.47 | 738.47 | 0.00 | 0.00 |
| 20 | WOMENS HEALTH SERVICES | | None | None | 0.00 | 0.00 | 0.00 |
| 21 | LYNCHBURG FIRE DEPT/AMBULANCE | | 225.00 | 225.00 | 225.00 | 0.00 | 0.00 |
| 22 | FOREHAND | | 226.83 | 226.83 | 226.83 | 0.00 | 0.00 |
| 23 | FOREHAND | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 | WITCO INC | | 134.18 | 134.18 | 134.18 | 0.00 | 0.00 |
| 25 | ELLER, J JOHNSON JR ATTY AT LAW | | 569.50 | 569.50 | 569.50 | 0.00 | 0.00 |
| 26 | LYNCHBURG FIRE DEPT/AMBULANCE | | 13.97 | 13.97 | 13.97 | 0.00 | 0.00 |
| | | Total Unsecured | 8,586.19 | 8,586.19 | 8,586.19 | 0.00 | 0.00 |
| | | Grand Totals: | 10,186.19 | 10,186.19 | 10,186.19 | 997.95 | 0.00 |

Total Paid Claimant```: 997.95  
Trustee Allowances````: 101.21  
Percent Paid Unsecured: None  

Wherefore, your petitioner prays that a Final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated: October 14, 2004

/s/ Herbert L. Beskin  
-------------------------------------------  
Herbert L. Beskin, Trustee

Clerk's copy